**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 25 CR. 343 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| | : | |
| MALACHI NELSON, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------x

The plea scheduled for Wednesday, November 5, 2025 at 11:00 A.M. will take place in Courtroom 23B.

Dated: October 29, 2025
       New York, NY

                                                                                RICHARD M. BERMAN
                                                                                     U.S.D.J.