**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,   :   25 CR. 343 (RMB)
                                           :
      - against -                        :   **ORDER**
                                           :
                                           :
MALACHI NELSON,                            :
                                           :
                Defendant.    :
-------------------------------------------------------------x

       The plea scheduled for Wednesday, November 19, 2025 at 9:00 A.M. will take place in Courtroom 17B.

Dated: November 12, 2025
       New York, NY

                                        _____
                                        RICHARD M. BERMAN
                                             U.S.D.J.