**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                     Government,       :        25 Cr. 343 (RMB)
                                                   :
       - against -                             :        **ORDER**
                                                   :
                                                   :
MALACHI NELSON,                                    :
                                                   :
                    Defendant.       :
-------------------------------------------------------------x


The sentencing hearing scheduled for March 11, 2026 at 11:30 AM is adjourned to

March 25, 2026 at 10:00 a.m. in courtroom 17B.



Dated: March 9, 2026
      New York, NY


                                        _____
                                            **RICHARD M. BERMAN**
                                               **U.S.D.J.**